UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                     Case No. 2:05-cr-56-01

TREDIS LAZAELL O'DANIELS,            HON. R. ALLAN EDGAR

    Defendant(s).
    _____/

ORDER OF DETENTION

Defendant Tredis O'Daniels appeared before the undersigned on November 15, 2005, for purposes of a detention hearing. At that time, testimony was presented by two witnesses for defendant Tredis O'Daniels in support of his request for pretrial release. Defendant also requested that he be allowed to reserve the right to present additional witnesses and testimony at a later date. The court advised that the defendant would be allowed to reopen the issue of detention at a later date but that he would remain detained at this time pending further proceedings. Therefore, the government's motion for detention (docket #5) is granted and defendant Tredis O'Daniels will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

  IT IS SO ORDERED.

            /s/ Timothy P. Greeley
            TIMOTHY P. GREELEY
            UNITED STATES MAGISTRATE JUDGE

Dated: November 15, 2005