UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                               Case No. 2:05-cr-56
                                                                        HON. R. ALLAN EDGAR

TREDIS LAZELL O'DANIELS,

      Defendant.
_____/

### ORDER

Defendant Tredis O'Daniels made a motion to suppress evidence. [Docket No. 40]. The motion was referred to United States Magistrate Judge Timothy P. Greeley pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. The Magistrate Judge held an evidentiary hearing and filed the report and recommendation. [Docket No. 54]. The Magistrate Judge recommends that the motion to suppress be denied.

The parties have not timely filed any objections. The record shows that defendant Tredis O'Daniels has executed a plea agreement [Docket No. 69] and changed his plea to guilty. After reviewing the record, the Court **ACCEPTS and ADOPTS** the Magistrate Judge's report and recommendation pursuant to 28 U.S.C. § 636(b). The motion by defendant Tredis O'Daniels to suppress evidence [Docket No. 40] is **DENIED**.

      SO ORDERED.

Dated: *May 5, 2006*                                  */s/ R. Allan Edgar*
                                                       R. ALLAN EDGAR
                                                       UNITED STATES DISTRICT JUDGE